

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00103-CV

**IN THE INTEREST OF M.U.A.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00823
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are not assessed against the appellant because she qualifies as indigent.

SIGNED August 10, 2022.

_____
Irene Rios, Justice